# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Tahna L. Hummel, *et al*.,

    Plaintiffs,

v.                                    Case No. 1:21cv705

Liberty Insurance Corporation,          Judge Michael R. Barrett

    Defendant.

## ORDER

Pursuant to notification by the parties, it is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action. The Court retains jurisdiction.

    **IT IS SO ORDERED.**

                                            *s/Michael R. Barrett*
                                            Michael R. Barrett, Judge
                                            United States District Court